**Exhibit A**

| Defendant | IP | Time (GMT) | ISP |
|---|---|---|---|
| Doe 1 | 76.120.58.70 | 9/23/10 6:00 | Comcast Cable |
| Doe 2 | 75.142.13.236 | 9/25/10 21:21 | Charter Communications |
| Doe 3 | 75.140.8.173 | 9/25/10 21:02 | Charter Communications |
| Doe 4 | 75.139.132.161 | 9/25/10 17:38 | Charter Communications |
| Doe 5 | 75.134.159.132 | 9/23/10 18:48 | Charter Communications |
| Doe 6 | 75.13.39.163 | 10/1/10 0:09 | SBC Internet Services |
| Doe 7 | 75.108.242.115 | 9/22/10 22:26 | Suddenlink Communications |
| Doe 8 | 74.78.1.176 | 9/25/10 21:02 | Road Runner |
| Doe 9 | 74.74.152.28 | 9/24/10 18:16 | Road Runner |
| Doe 10 | 74.72.226.96 | 9/24/10 20:39 | Road Runner |
| Doe 11 | 74.71.208.11 | 9/23/10 13:36 | Road Runner |
| Doe 12 | 74.65.225.40 | 9/25/10 6:38 | Road Runner |
| Doe 13 | 74.51.156.92 | 9/23/10 0:46 | San Bruno Cable |
| Doe 14 | 74.235.207.68 | 9/25/10 20:04 | BellSouth.net |
| Doe 15 | 74.207.187.245 | 9/25/10 17:38 | SRT Telecom |
| Doe 16 | 74.190.62.215 | 9/25/10 17:38 | BellSouth.net |
| Doe 17 | 74.186.16.176 | 9/20/10 4:12 | BellSouth.net |
| Doe 18 | 74.177.114.157 | 9/24/10 21:57 | BellSouth.net |
| Doe 19 | 75.177.185.102 | 10/5/10 2:09 | Road Runner |
| Doe 20 | 75.204.95.210 | 9/26/10 3:23 | Cellco Partnership DBA Verizon Wireless |
| Doe 21 | 75.205.82.49 | 9/23/10 10:43 | Cellco Partnership DBA Verizon Wireless |
| Doe 22 | 76.113.139.78 | 9/25/10 17:38 | Comcast Cable |
| Doe 23 | 76.111.133.169 | 9/26/10 3:23 | Comcast Cable |
| Doe 24 | 76.106.48.135 | 9/27/10 3:10 | Comcast Cable |
| Doe 25 | 76.105.156.165 | 10/12/10 18:21 | Comcast Cable |
| Doe 26 | 76.100.132.36 | 9/25/10 21:26 | Comcast Cable |
| Doe 27 | 75.91.247.170 | 10/11/10 6:02 | Windstream Communications |
| Doe 28 | 75.91.243.31 | 9/24/10 18:38 | Windstream Communications |
| Doe 29 | 75.9.75.202 | 9/24/10 2:47 | SBC Internet Services |
| Doe 30 | 75.86.188.112 | 9/24/10 0:02 | Road Runner |
| Doe 31 | 75.82.128.103 | 9/22/10 18:58 | Road Runner |
| Doe 32 | 75.74.86.45 | 9/25/10 17:38 | Comcast Cable |
| Doe 33 | 75.71.178.28 | 10/1/10 1:57 | Comcast Cable |
| Doe 34 | 75.65.223.145 | 9/25/10 17:38 | Comcast Cable |
| Doe 35 | 75.65.221.227 | 9/23/10 4:33 | Comcast Cable |
| Doe 36 | 75.62.155.47 | 9/25/10 17:38 | SBC Internet Services |
| Doe 37 | 75.47.226.62 | 9/25/10 17:38 | SBC Internet Services |
| Doe 38 | 75.216.177.151 | 9/27/10 3:10 | Cellco Partnership DBA Verizon Wireless |
| Doe 39 | 74.141.139.226 | 9/25/10 20:04 | Insight Communications Company |
| Doe 40 | 74.141.134.78 | 9/25/10 20:28 | Insight Communications Company |

| Doe 41 | 74.141.109.210 | 9/26/10 3:18 | Insight Communications Company |
|---|---|---|---|
| Doe 42 | 71.228.245.198 | 10/1/10 1:55 | Comcast Cable |
| Doe 43 | 71.228.120.188 | 10/11/10 9:29 | Comcast Cable |
| Doe 44 | 71.224.132.230 | 10/1/10 2:22 | Comcast Cable |
| Doe 45 | 71.204.85.120 | 10/1/10 2:16 | Comcast Cable |
| Doe 46 | 71.203.252.175 | 9/25/10 20:04 | Comcast Cable |
| Doe 47 | 71.201.224.36 | 9/25/10 21:02 | Comcast Cable |
| Doe 48 | 71.200.55.207 | 9/23/10 23:06 | Comcast Cable |
| Doe 49 | 71.191.255.195 | 10/1/10 2:04 | Verizon Internet Services |
| Doe 50 | 71.175.252.154 | 9/25/10 17:38 | Verizon Internet Services |
| Doe 51 | 71.175.195.51 | 9/25/10 17:38 | Verizon Internet Services |
| Doe 52 | 71.163.24.248 | 9/27/10 3:10 | Verizon Internet Services |
| Doe 53 | 71.142.57.66 | 9/25/10 21:02 | SBC Internet Services |
| Doe 54 | 71.135.61.145 | 10/14/10 5:22 | SBC Internet Services |
| Doe 55 | 71.116.113.39 | 9/25/10 2:11 | Verizon Internet Services |
| Doe 56 | 71.108.0.122 | 9/27/10 3:10 | Verizon Internet Services |
| Doe 57 | 71.107.85.155 | 9/24/10 2:57 | Verizon Internet Services |
| Doe 58 | 71.104.88.59 | 9/25/10 17:38 | Verizon Internet Services |
| Doe 59 | 71.230.19.135 | 10/4/10 21:38 | Comcast Cable |
| Doe 60 | 71.235.8.58 | 9/25/10 17:38 | Comcast Cable |
| Doe 61 | 71.236.159.79 | 9/24/10 10:51 | Comcast Cable |
| Doe 62 | 74.132.46.54 | 10/1/10 2:03 | Insight Communications Company |
| Doe 63 | 74.130.253.135 | 10/10/10 4:54 | Insight Communications Company |
| Doe 64 | 74.110.90.23 | 9/24/10 21:20 | Verizon Internet Services |
| Doe 65 | 72.241.21.181 | 9/25/10 18:29 | Buckeye Cablevision |
| Doe 66 | 72.231.238.154 | 10/1/10 1:57 | Road Runner |
| Doe 67 | 72.220.192.161 | 9/23/10 21:35 | Cox Communications |
| Doe 68 | 72.207.238.126 | 9/25/10 17:38 | Cox Communications |
| Doe 69 | 72.12.248.16 | 9/23/10 5:22 | South Central Communications |
| Doe 70 | 71.95.105.31 | 10/2/10 17:37 | Charter Communications |
| Doe 71 | 71.79.159.19 | 9/25/10 20:04 | Road Runner |
| Doe 72 | 71.68.64.115 | 9/24/10 1:53 | Road Runner |
| Doe 73 | 71.57.12.41 | 9/25/10 6:28 | Comcast Cable |
| Doe 74 | 71.40.82.210 | 9/25/10 20:28 | Road Runner |
| Doe 75 | 71.38.187.8 | 10/1/10 18:03 | Qwest Communications |
| Doe 76 | 71.246.214.81 | 9/25/10 20:04 | Verizon Internet Services |
| Doe 77 | 71.243.77.214 | 9/25/10 17:38 | Verizon Internet Services |
| Doe 78 | 71.237.199.171 | 9/24/10 22:21 | Comcast Cable |
| Doe 79 | 71.10.121.1 | 9/24/10 23:45 | Charter Communications |
| Doe 80 | 76.122.14.103 | 10/12/10 16:06 | Comcast Cable |
| Doe 81 | 99.89.144.24 | 9/24/10 6:44 | SBC Internet Services |
| Doe 82 | 98.226.46.97 | 9/24/10 2:48 | Comcast Cable |
| Doe 83 | 98.223.193.64 | 9/25/10 17:38 | Comcast Cable |

| Doe 84 | 98.223.114.149 | 9/24/10 1:35 | Comcast Cable |
|---|---|---|---|
| Doe 85 | 98.215.38.173 | 9/23/10 15:51 | Comcast Cable |
| Doe 86 | 98.212.138.75 | 9/23/10 15:53 | Comcast Cable |
| Doe 87 | 98.211.45.11 | 9/23/10 18:24 | Comcast Cable |
| Doe 88 | 98.21.91.159 | 9/25/10 20:04 | Windstream Communications |
| Doe 89 | 98.204.1.144 | 9/22/10 23:54 | Comcast Cable |
| Doe 90 | 98.192.17.196 | 10/1/10 2:00 | Comcast Cable |
| Doe 91 | 98.17.48.49 | 9/25/10 17:38 | Windstream Communications |
| Doe 92 | 98.16.213.160 | 10/11/10 3:22 | Windstream Communications |
| Doe 93 | 98.151.247.60 | 10/4/10 12:45 | Road Runner |
| Doe 94 | 98.148.168.43 | 9/26/10 3:18 | Road Runner |
| Doe 95 | 98.141.188.170 | 9/25/10 20:04 | Cavalier Telephone |
| Doe 96 | 98.14.240.212 | 9/25/10 17:38 | Road Runner |
| Doe 97 | 98.116.58.157 | 9/23/10 13:23 | Verizon Internet Services |
| Doe 98 | 98.116.193.136 | 10/1/10 1:55 | Verizon Internet Services |
| Doe 99 | 98.234.194.228 | 9/24/10 22:06 | Comcast Cable |
| Doe 100 | 98.235.90.171 | 9/25/10 3:49 | Comcast Cable |
| Doe 101 | 98.239.32.123 | 10/9/10 15:12 | Comcast Cable |
| Doe 102 | 99.195.170.221 | 10/9/10 19:28 | CenturyTel Internet Holdings |
| Doe 103 | 99.195.154.242 | 9/25/10 17:38 | CenturyTel Internet Holdings |
| Doe 104 | 99.186.213.127 | 9/25/10 17:38 | SBC Internet Services |
| Doe 105 | 99.185.247.234 | 9/25/10 17:38 | SBC Internet Services |
| Doe 106 | 99.183.169.235 | 9/24/10 13:09 | SBC Internet Services |
| Doe 107 | 99.180.85.76 | 9/26/10 3:18 | SBC Internet Services |
| Doe 108 | 99.18.181.161 | 9/25/10 18:56 | SBC Internet Services |
| Doe 109 | 99.14.88.118 | 9/25/10 17:38 | SBC Internet Services |
| Doe 110 | 99.129.247.71 | 9/25/10 17:38 | SBC Internet Services |
| Doe 111 | 99.108.8.197 | 9/23/10 3:42 | SBC Internet Services |
| Doe 112 | 99.100.143.247 | 9/27/10 3:10 | SBC Internet Services |
| Doe 113 | 98.82.71.219 | 9/25/10 17:38 | BellSouth.net |
| Doe 114 | 98.28.11.226 | 9/25/10 17:38 | Road Runner |
| Doe 115 | 98.252.67.100 | 9/25/10 17:38 | Comcast Cable |
| Doe 116 | 98.250.124.218 | 9/24/10 13:13 | Comcast Cable |
| Doe 117 | 98.249.208.65 | 9/25/10 17:38 | Comcast Cable |
| Doe 118 | 98.239.65.230 | 9/23/10 22:59 | Comcast Cable |
| Doe 119 | 98.112.74.45 | 9/27/10 3:10 | Verizon Internet Services |
| Doe 120 | 97.114.88.57 | 10/9/10 16:11 | Qwest Communications |
| Doe 121 | 97.114.237.158 | 9/25/10 17:38 | Qwest Communications |
| Doe 122 | 76.233.240.83 | 9/25/10 17:38 | SBC Internet Services |
| Doe 123 | 76.228.32.240 | 9/25/10 17:38 | SBC Internet Services |
| Doe 124 | 76.211.221.107 | 9/26/10 3:23 | SBC Internet Services |
| Doe 125 | 76.202.10.98 | 9/25/10 17:38 | SBC Internet Services |
| Doe 126 | 76.201.6.126 | 10/1/10 2:00 | SBC Internet Services |

| Doe 127 | 76.20.136.7 | 10/2/10 14:13 | Comcast Cable |
|---------|-------------|---------------|---------------|
| Doe 128 | 76.193.19.137 | 9/25/10 20:04 | SBC Internet Services |
| Doe 129 | 76.188.233.81 | 9/27/10 3:10 | Road Runner |
| Doe 130 | 76.188.230.64 | 9/25/10 17:38 | Road Runner |
| Doe 131 | 76.185.53.55 | 10/14/10 4:42 | Road Runner |
| Doe 132 | 76.182.64.45 | 10/11/10 20:16 | Road Runner |
| Doe 133 | 76.182.239.76 | 9/25/10 7:14 | Road Runner |
| Doe 134 | 76.171.175.139 | 9/25/10 20:41 | Road Runner |
| Doe 135 | 76.171.173.119 | 9/22/10 14:51 | Road Runner |
| Doe 136 | 76.169.152.255 | 9/22/10 23:51 | Road Runner |
| Doe 137 | 76.168.78.14 | 9/25/10 17:38 | Road Runner |
| Doe 138 | 76.127.248.95 | 10/9/10 22:39 | Comcast Cable |
| Doe 139 | 76.24.175.195 | 9/25/10 21:02 | Comcast Cable |
| Doe 140 | 76.250.218.113 | 9/25/10 18:40 | SBC Internet Services |
| Doe 141 | 76.28.159.214 | 9/25/10 17:38 | Comcast Cable |
| Doe 142 | 97.100.225.210 | 9/25/10 17:38 | Road Runner |
| Doe 143 | 96.41.33.155 | 10/1/10 23:52 | Charter Communications |
| Doe 144 | 96.38.150.219 | 9/25/10 17:38 | Charter Communications |
| Doe 145 | 96.36.143.123 | 9/25/10 20:04 | Charter Communications |
| Doe 146 | 96.249.243.37 | 10/2/10 23:47 | Verizon Internet Services |
| Doe 147 | 96.245.186.21 | 9/23/10 4:52 | Verizon Internet Services |
| Doe 148 | 96.24.94.171 | 10/11/10 0:18 | Clearwire Corporation |
| Doe 149 | 96.238.87.236 | 9/24/10 22:36 | Verizon Internet Services |
| Doe 150 | 96.228.37.185 | 9/23/10 1:55 | Verizon Internet Services |
| Doe 151 | 96.227.81.216 | 9/25/10 7:36 | Verizon Internet Services |
| Doe 152 | 76.94.245.60 | 10/5/10 20:24 | Road Runner |
| Doe 153 | 76.89.251.179 | 9/25/10 21:21 | Road Runner |
| Doe 154 | 76.87.38.16 | 10/2/10 9:12 | Road Runner |
| Doe 155 | 76.85.142.244 | 9/23/10 4:32 | Road Runner |
| Doe 156 | 76.5.214.62 | 9/25/10 20:04 | Embarq Corporation |
| Doe 157 | 76.3.37.76 | 9/25/10 17:38 | Embarq Corporation |
| Doe 158 | 76.29.108.139 | 9/25/10 17:38 | Comcast Cable |
| Doe 159 | 76.125.70.214 | 10/10/10 4:27 | Comcast Cable |
| Doe 160 | 70.92.240.102 | 9/23/10 2:56 | Road Runner |
| Doe 161 | 24.59.133.221 | 10/9/10 15:10 | Road Runner |
| Doe 162 | 208.107.185.230 | 9/25/10 20:21 | Midcontinent Communications |
| Doe 163 | 207.181.209.97 | 10/4/10 5:47 | RCN Corporation |
| Doe 164 | 206.74.198.68 | 9/23/10 18:49 | Spirit Telecom |
| Doe 165 | 206.74.177.64 | 9/25/10 3:56 | Spirit Telecom |
| Doe 166 | 205.244.150.57 | 10/5/10 18:57 | Sprint |
| Doe 167 | 205.238.198.230 | 9/25/10 17:38 | Frontier Communications |
| Doe 168 | 184.88.179.211 | 9/24/10 15:06 | Road Runner |
| Doe 169 | 184.77.92.8 | 10/1/10 18:03 | Clearwire Corporation |

| Doe 170 | 184.72.171.131 | 9/23/10 4:29 | AMAZON.COM |
|---|---|---|---|
| Doe 171 | 184.58.106.83 | 9/23/10 13:59 | Road Runner |
| Doe 172 | 184.57.140.126 | 9/25/10 17:38 | Road Runner |
| Doe 173 | 184.164.53.93 | 9/25/10 20:04 | Open Range Communications |
| Doe 174 | 184.100.168.61 | 10/3/10 6:37 | Qwest Communications |
| Doe 175 | 184.1.153.124 | 10/11/10 18:26 | Embarq Corporation |
| Doe 176 | 174.98.46.37 | 9/25/10 3:11 | Road Runner |
| Doe 177 | 174.96.153.158 | 9/22/10 18:59 | Road Runner |
| Doe 178 | 174.78.193.5 | 9/25/10 17:38 | Cox Communications |
| Doe 179 | 216.96.7.222 | 9/25/10 17:38 | Windstream Communications |
| Doe 180 | 24.11.244.240 | 10/1/10 5:21 | Comcast Cable |
| Doe 181 | 24.126.196.201 | 10/10/10 0:21 | Comcast Cable |
| Doe 182 | 24.4.161.49 | 9/27/10 3:10 | Comcast Cable |
| Doe 183 | 24.34.82.59 | 9/24/10 18:05 | Comcast Cable |
| Doe 184 | 24.29.82.52 | 9/25/10 21:02 | Road Runner |
| Doe 185 | 24.250.42.145 | 9/22/10 22:50 | Cox Communications |
| Doe 186 | 24.230.33.9 | 9/25/10 17:38 | Midcontinent Communications |
| Doe 187 | 24.218.57.138 | 10/10/10 19:40 | Comcast Cable |
| Doe 188 | 24.209.5.7 | 9/25/10 17:38 | Road Runner |
| Doe 189 | 24.193.4.140 | 9/26/10 3:23 | Road Runner |
| Doe 190 | 24.192.69.233 | 10/11/10 8:46 | WideOpenWest |
| Doe 191 | 24.180.46.148 | 9/25/10 17:38 | Charter Communications |
| Doe 192 | 24.168.243.101 | 9/23/10 4:00 | Road Runner |
| Doe 193 | 24.160.121.160 | 9/25/10 20:13 | Road Runner |
| Doe 194 | 24.131.134.173 | 9/24/10 0:35 | Comcast Cable |
| Doe 195 | 24.130.235.120 | 10/12/10 19:50 | Comcast Cable |
| Doe 196 | 24.129.29.187 | 9/25/10 18:29 | Comcast Cable |
| Doe 197 | 24.128.65.172 | 9/24/10 14:20 | Comcast Cable |
| Doe 198 | 24.127.230.148 | 9/25/10 20:04 | Comcast Cable |
| Doe 199 | 174.70.37.21 | 9/24/10 18:28 | Cox Communications |
| Doe 200 | 174.70.37.125 | 9/24/10 23:55 | Cox Communications |
| Doe 201 | 174.59.93.83 | 9/25/10 3:56 | Comcast Cable |
| Doe 202 | 173.175.81.135 | 9/25/10 17:38 | Road Runner |
| Doe 203 | 173.171.215.173 | 10/3/10 20:23 | Road Runner |
| Doe 204 | 173.171.150.229 | 10/10/10 21:55 | Road Runner |
| Doe 205 | 173.170.6.152 | 10/13/10 8:04 | Road Runner |
| Doe 206 | 173.168.134.221 | 9/27/10 3:10 | Road Runner |
| Doe 207 | 169.244.99.10 | 9/24/10 20:36 | Maine Libraries/Dept. of Education |
| Doe 208 | 166.134.192.180 | 9/23/10 4:11 | Service Provider Corporation |
| Doe 209 | 166.134.16.0 | 9/24/10 4:02 | Service Provider Corporation |
| Doe 210 | 164.106.45.254 | 9/23/10 0:39 | Virginia Community College System |
| Doe 211 | 160.7.253.168 | 9/25/10 2:32 | Nebo School District |
| Doe 212 | 155.246.136.16 | 9/25/10 20:13 | Stevens Institute of Technology |

| Doe | IP | Date/Time | ISP |
|---|---|---|---|
| Doe 213 | 146.57.10.36 | 10/2/10 22:23 | University of Minnesota |
| Doe 214 | 128.46.5.229 | 10/4/10 21:29 | Purdue University |
| Doe 215 | 128.163.224.168 | 9/23/10 21:27 | University of Kentucky |
| Doe 216 | 128.163.171.86 | 9/23/10 3:19 | University of Kentucky |
| Doe 217 | 128.163.171.84 | 9/23/10 0:23 | University of Kentucky |
| Doe 218 | 12.97.9.130 | 9/27/10 3:10 | AT&T WorldNet Services |
| Doe 219 | 173.184.139.244 | 9/25/10 21:26 | Windstream Communications |
| Doe 220 | 173.202.9.75 | 9/25/10 17:38 | CenturyTel Internet Holdings |
| Doe 221 | 173.212.37.194 | 10/2/10 10:46 | Surry Telephone Membership Corporation |
| Doe 222 | 174.56.113.76 | 9/22/10 16:18 | Comcast Cable |
| Doe 223 | 174.51.140.28 | 10/12/10 0:41 | Comcast Cable |
| Doe 224 | 174.50.124.170 | 10/14/10 17:22 | Comcast Cable |
| Doe 225 | 174.23.78.133 | 9/23/10 14:53 | Qwest Communications |
| Doe 226 | 174.23.193.220 | 10/14/10 2:23 | Qwest Communications |
| Doe 227 | 174.140.67.95 | 9/23/10 12:44 | Atlantic Broadband |
| Doe 228 | 174.131.122.250 | 9/23/10 0:49 | Windstream Communications |
| Doe 229 | 173.88.5.219 | 9/25/10 20:04 | Road Runner |
| Doe 230 | 173.73.113.82 | 9/25/10 17:38 | Verizon Internet Services |
| Doe 231 | 173.68.192.24 | 9/27/10 3:10 | Verizon Internet Services |
| Doe 232 | 173.55.65.241 | 9/25/10 6:30 | Verizon Internet Services |
| Doe 233 | 173.55.19.163 | 9/25/10 3:57 | Verizon Internet Services |
| Doe 234 | 173.53.178.37 | 9/25/10 0:13 | Verizon Internet Services |
| Doe 235 | 173.30.124.212 | 9/24/10 3:18 | Mediacom Communications Corp |
| Doe 236 | 173.26.186.222 | 10/4/10 22:24 | Mediacom Communications Corp |
| Doe 237 | 173.218.161.152 | 9/27/10 3:24 | Suddenlink Communications |
| Doe 238 | 173.217.30.22 | 9/25/10 17:38 | Suddenlink Communications |
| Doe 239 | 12.186.187.3 | 9/27/10 3:10 | AT&T WorldNet Services |
| Doe 240 | 24.8.208.135 | 9/25/10 21:21 | Comcast Cable |
| Doe 241 | 70.92.22.234 | 9/27/10 3:10 | Road Runner |
| Doe 242 | 68.84.143.147 | 9/25/10 21:02 | Comcast Cable |
| Doe 243 | 68.8.14.185 | 9/25/10 17:38 | Cox Communications |
| Doe 244 | 68.8.135.74 | 9/25/10 20:41 | Cox Communications |
| Doe 245 | 68.63.245.110 | 9/25/10 17:38 | Comcast Cable |
| Doe 246 | 68.53.122.80 | 9/24/10 21:35 | Comcast Cable |
| Doe 247 | 68.52.46.90 | 9/24/10 20:39 | Comcast Cable |
| Doe 248 | 68.47.250.102 | 10/1/10 2:37 | Comcast Cable |
| Doe 249 | 68.47.198.157 | 10/5/10 0:57 | Comcast Cable |
| Doe 250 | 68.42.21.58 | 9/24/10 2:50 | Comcast Cable |
| Doe 251 | 68.41.18.215 | 10/6/10 2:05 | Comcast Cable |
| Doe 252 | 68.34.109.11 | 9/25/10 17:38 | Comcast Cable |
| Doe 253 | 68.197.69.40 | 10/14/10 6:59 | Optimum Online |
| Doe 254 | 68.179.148.12 | 10/1/10 22:31 | Sigecom |
| Doe 255 | 68.175.93.80 | 9/26/10 3:18 | Road Runner |

| Doe 256 | 68.14.177.110 | 9/24/10 22:29 | Cox Communications |
| Doe 257 | 68.13.159.165 | 10/15/10 0:47 | Cox Communications |
| Doe 258 | 68.102.22.76 | 9/25/10 17:38 | Cox Communications |
| Doe 259 | 68.97.13.229 | 9/25/10 17:38 | Cox Communications |
| Doe 260 | 69.110.230.225 | 9/23/10 22:21 | SBC Internet Services |
| Doe 261 | 69.117.58.96 | 10/1/10 10:11 | Optimum Online |
| Doe 262 | 70.59.100.60 | 10/1/10 2:16 | Qwest Communications |
| Doe 263 | 70.252.88.193 | 9/22/10 21:20 | SBC Internet Services |
| Doe 264 | 70.171.238.132 | 9/25/10 20:13 | Cox Communications |
| Doe 265 | 70.129.130.134 | 9/25/10 8:03 | SBC Internet Services |
| Doe 266 | 70.123.162.56 | 10/11/10 9:30 | Road Runner |
| Doe 267 | 70.116.89.24 | 10/9/10 16:17 | Road Runner |
| Doe 268 | 70.114.174.154 | 10/11/10 2:29 | Road Runner |
| Doe 269 | 69.97.37.79 | 9/23/10 22:31 | Cellco Partnership DBA Verizon Wireless |
| Doe 270 | 69.92.105.249 | 10/4/10 20:20 | CABLE ONE |
| Doe 271 | 69.59.103.66 | 10/2/10 15:52 | NORTHLAND CABLE TELEVISION |
| Doe 272 | 69.254.108.184 | 9/25/10 22:25 | Comcast Cable |
| Doe 273 | 69.250.29.191 | 9/25/10 17:38 | Comcast Cable |
| Doe 274 | 69.232.51.249 | 10/10/10 22:18 | SBC Internet Services |
| Doe 275 | 69.166.165.10 | 9/25/10 17:38 | CLARKSVILLE DEPARTMENT OF ELECTRICITY |
| Doe 276 | 69.145.124.81 | 10/10/10 22:31 | Bresnan Communications |
| Doe 277 | 69.142.161.158 | 9/25/10 7:27 | Comcast Cable |
| Doe 278 | 69.14.202.171 | 9/24/10 21:39 | WideOpenWest |
| Doe 279 | 68.10.240.70 | 10/1/10 1:55 | Cox Communications |
| Doe 280 | 68.1.109.166 | 9/23/10 3:19 | Cox Communications |
| Doe 281 | 67.84.245.153 | 10/11/10 1:33 | Optimum Online |
| Doe 282 | 66.211.24.173 | 10/4/10 12:13 | Columbia Power and Water Systems |
| Doe 283 | 66.190.35.228 | 9/24/10 0:32 | Charter Communications |
| Doe 284 | 66.176.88.152 | 9/25/10 21:21 | Comcast Cable |
| Doe 285 | 66.160.133.102 | 10/4/10 16:04 | Hurricane Electric |
| Doe 286 | 66.128.164.227 | 9/25/10 17:38 | SDN Communications |
| Doe 287 | 66.108.36.224 | 9/24/10 4:57 | Road Runner |
| Doe 288 | 65.96.70.250 | 9/25/10 17:38 | Comcast Cable |
| Doe 289 | 65.9.31.176 | 9/25/10 21:21 | BellSouth.net |
| Doe 290 | 65.74.86.2 | 9/26/10 3:18 | GCI Communications |
| Doe 291 | 65.33.149.201 | 9/22/10 23:23 | Road Runner |
| Doe 292 | 65.27.98.2 | 9/27/10 3:10 | Road Runner |
| Doe 293 | 65.25.13.217 | 9/27/10 3:10 | Road Runner |
| Doe 294 | 65.183.151.13 | 9/23/10 9:36 | Burlington Telecom |
| Doe 295 | 64.130.90.66 | 9/27/10 3:10 | NTS Communications |
| Doe 296 | 63.173.58.114 | 9/25/10 17:38 | Sprint |
| Doe 297 | 63.164.255.69 | 9/23/10 6:09 | Sprint |
| Doe 298 | 63.160.225.185 | 10/3/10 18:12 | Sprint |

| Doe 299 | 66.213.50.2 | 9/24/10 19:55 | Ohio Public Library Information Network (OPLIN) |
|---|---|---|---|
| Doe 300 | 66.226.48.35 | 9/25/10 17:38 | Yadkin Valley Telephone |
| Doe 301 | 66.231.117.164 | 10/4/10 4:06 | POLAR COMMUNICATIONS |
| Doe 302 | 67.61.77.251 | 9/24/10 0:30 | CABLE ONE |
| Doe 303 | 67.249.10.15 | 10/1/10 19:22 | Road Runner |
| Doe 304 | 67.242.149.180 | 10/10/10 18:58 | Road Runner |
| Doe 305 | 67.23.210.186 | 9/25/10 17:38 | Datavo |
| Doe 306 | 67.223.6.193 | 9/27/10 3:10 | Bristol Tennessee Essential Services |
| Doe 307 | 67.186.6.62 | 9/23/10 3:03 | Comcast Cable |
| Doe 308 | 67.181.162.134 | 9/25/10 21:02 | Comcast Cable |
| Doe 309 | 67.181.103.39 | 9/25/10 7:16 | Comcast Cable |
| Doe 310 | 67.175.9.233 | 9/25/10 17:38 | Comcast Cable |
| Doe 311 | 67.160.91.63 | 9/25/10 21:21 | Comcast Cable |
| Doe 312 | 66.8.143.83 | 9/25/10 17:38 | Road Runner |
| Doe 313 | 66.8.130.155 | 9/25/10 8:57 | Road Runner |
| Doe 314 | 66.76.129.227 | 9/25/10 4:18 | Suddenlink Communications |
| Doe 315 | 66.68.207.61 | 9/23/10 6:34 | Road Runner |
| Doe 316 | 66.56.49.81 | 9/24/10 18:57 | Comcast Cable |
| Doe 317 | 66.44.154.184 | 9/24/10 12:40 | Hector Communications Corp. |
| Doe 318 | 66.253.240.247 | 9/25/10 21:02 | Distributed Management Information Systems, Inc. |
| Doe 319 | 24.96.224.48 | 9/25/10 17:38 | Knology |