IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LFP INTERNET GROUP, LLC, | § § § | |
| Plaintiff, | § | |
| v. | § | 3:10-CV-02094-P |
| | § | |
| DOES 1-319., | § § | |
| Defendant. | § § | |

### ORDER TRANSFERING CASE

The Court hereby transfers this case from the docket of the Honorable Jorge A. Solis to the docket of the Honorable Royal Furgeson for consideration with related cases. All future pleadings and papers shall be filed with the case number 3:10-CV-02094-F.

**IT IS SO ORDERED.**

Signed this _31st_ day of January, 2011.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE